UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **KAREN LEE**             )<br>                                              )<br>            **Plaintiff,**       )<br>    vs.                                    )<br>                                              )<br>**SCREENING REPORTS, INC.**  )<br>                                              )<br>            **Defendant.**   )<br>                                              ) | No. 2:18-cv-13958-AC-APP<br>Hon. Avern Cohn |

### STIPULATION CONCERNING ADJOURNMENT OF STATUS CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff Karen Lee and Defendant Screening Reports Inc., ("SRI"), through their respective attorneys of record, as follows:

WHEREAS the Court has scheduled a status conference in this matter for August 1, 2019 (Doc. 11);

WHEREAS Plaintiff's counsel has a previously scheduled prepaid vacation from July 29th through August 2nd;

WHEREAS Plaintiff's counsel has spoken to Defendant's counsel about adjourning the status conference and Defendant's counsel does not object to an adjournment;

It is hereby STIPULATED and AGREED by and between the undersigned counsel that the status conference currently scheduled for August 1, 2019 is adjourned for thirty (30) days.

It is agreed that this Stipulation can be executed by facsimile signatures.

| | |
|---|---|
| */s/ Geoffrey H. Baskerville* | */s/ Joseph S. Messer* |
| Geoffrey H. Baskerville | Joseph S. Messer |
| **FRANCIS & MAILMAN, P.C.** | Stephanie A. Strickler |
| 1600 Market Street, Suite 2510 | **MESSER STRICKLER LTD** |
| Philadelphia, PA 19103 | 225 West Washington Street, Suite 575 |
| (215) 735-8600 | Chicago, IL 60606 |
| gbaskerville@consumerlawfirm.com | 312-334-3440 |
| | 312-334-3465 |
| Counsel for Plaintiff | jmesser@messerstrickler.com |
| | sstrickler@messerstrickler.com |
| | |
| | Counsel for Defendant |
| | Screening Reports, Inc. |